USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/13/2019_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INDIRA JAISWAL,

           Plaintiff,

-against-

QATAR AIRWAYS Q.C.S.C.,

           Defendant.

19 Civ. 2440 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On September 24, 2019, the Court ordered the parties to submit a joint letter by December 11, 2019. ECF No. 21. That submission is now overdue. Accordingly, it is hereby ORDERED that the parties shall submit their joint letter by **December 16, 2019**.

    SO ORDERED.

Dated: December 13, 2019
       New York, New York

_____
ANALISA TORRES
United States District Judge