USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/16/2019

LLP
lding
enue
0174
Telephone: 212 710 3900
Facsimile: 212 710 3950
www.clydeco.us
andrew.harakas@clydeco.us

December 16, 2019

**VIA ECF**
Hon. Analisa Torres
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:** *Indira Jaiswal v. Qatar Airways Q.C.S.C.*
Case No. 1:19-cv-02440-AT

Dear Judge Torres:

We represent defendant Qatar Airways Q.C.S.C. (hereinafter "Qatar Airways") in the above-referenced action. We write, with Plaintiff's consent, to request an adjournment of the Case Management Conference currently scheduled for Wednesday, December 18, 2019. All fact discovery has been completed and the expert discovery deadline has been extended to January 15, 2020. A mediation is currently scheduled for January 22, 2020. A pre-mediation telephone conference with your Honor is scheduled for January 6, 2020.

Once expert discovery is completed, the parties will attempt to resolve this matter on their own. If the parties are unable to come to a resolution, the parties will proceed with the court-ordered mediation scheduled for January 22, 2020. Thus, the parties respectfully request that the Case Management Conference be adjourned until after the mediation takes place on January 22, 2020, as the parties anticipate coming to a resolution by that date.

We thank the Court for its consideration of this request.

Respectfully yours,

*[signature]*

Andrew J. Harakas
AJH

cc: Abram I. Bohrer, Esq. (via ECF)
Counsel for Plaintiff

---

GRANTED. The case management conference scheduled for December 18, 2019 is ADJOURNED to **January 30, 2020**, at **1:30 p.m.** By **January 23, 2020**, the parties shall submit their joint status letter.

SO ORDERED.

Dated: December 16, 2019
New York, New York

*[signature]*

ANALISA TORRES
United States District Judge